```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PAUL HEMESATH
    GRANT B. RABENN
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, CA 95814
    Telephone: (916) 554-2700
 5  Facsimile:  (916) 554-2900
 6
    Attorneys for Plaintiff
 7  United States of America
```



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>6587 HAHN ROAD, ARBUCKLE, CALIFORNIA | CASE NO: 2:19-SW-72 KJN<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: Feb 1, 2019

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE